

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-13-00302-CR

**EX PARTE DWIGHT D HALL,**

**Appellant**

_____

**From the 54th District Court
McLennan County, Texas
Trial Court No. 2013-0587-C2**

## MEMORANDUM OPINION

Dwight D. Hall filed a notice of appeal indicating that he was appealing an "application for writ of habeas corpus seeking relief from ineffective assistance of counsel." By letter dated September 22, 2013, the Clerk of this Court notified Hall that the appeal was subject to dismissal because there was not an order that was final and appealable in this Court. The Clerk also warned Hall that the appeal would be dismissed unless, within 21 days of the date of the letter, a response was filed showing grounds for continuing the appeal. *See* TEX. R. APP. P. 44.3. We received a response from Hall; however, it does not provide grounds for continuing the appeal.

Accordingly, this appeal is dismissed.

AL SCOGGINS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed October 17, 2013
Do not publish
[CR25]